WILLIAM COSEL, an Infant, by NATHAN B. L. COSEL, His Guardian ad Litem, Appellant, *v.* STEEPLECHASE AMUSEMENT COMPANY, INC., Respondent.

Submitted January 20, 1938; decided March 1, 1938.

*Jeremiah A. O'Leary* for appellant.

*William B. Shelton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.